IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEALTHPLEX ASSOCIATES, INC., a Pennsylvania Corporation, | ) ) ) | Case No. 4:06-CV-03284 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| MADONNA REHABILITATION HOSPITAL, a Nebraska Nonprofit Corporation, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's unopposed motion for an extension of time to file its answer from January 26, 2007, to February 2, 2007. The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED THAT the defendant's motion, filing 11, is granted and defendant shall have until February 2, 2007, in which to answer to the Complaint.

Dated this 29th day of January, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

L0727441.1