IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEALTHPLEX ASSOCIATES, INC., A Pennsylvania Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3284 |
| v. | ) ) | |
| MADONNA REHABILIATION HOSPITAL, A Nebraska Nonprofit Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The parties' joint motion to extend deadlines, filing 21, is granted, and

1. Jury trial is continued to 9:00 a.m., April 21, 2008 for a duration of five days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week.  Jury selection will be held at commencement of trial.

2. The pretrial conference will be held March 20, 2008 at 10:00 a.m. before the undersigned magistrate judge.

3. The deposition deadline is continued to March 6, 2008, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 18th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge