```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HEALTHPLEX ASSOCIATES, INC., A Pennsylvania Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3284 |
| v. | ) ) | |
| MADONNA REHABILITATION HOSPITAL, A Nebraska Nonprofit Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The parties' joint stipulation, filing 23, is granted in part. The Deposition Testimony and Discovery deadline is not required, so it has been eliminated from this order. Other deadlines are extended as requested with a change only as to the mediation report deadline.

Motions for Summary Judgment (Order, ¶1) December 7, 2007.

Discovery Motions (¶2.c) February 5, 2008

Disclosure of Expert Witnesses (¶3)
    -Plaintiff & Counter-claimant December 21, 2007
    -Defendant & Counter-defendant January 13, 2008
    -Additional Experts February 5, 2008

Non-expert Witnesses (¶4.a) February 5, 2008

Trial Exhibits (¶4.c) March 6, 2008

Motions in Limine (Kumho & Daubert) (¶5.a) February 20, 2008

Other Motions in Limine (¶5.b) March 20, 2008

Report on Mediation & Objections (¶10) **February 5, 2008**

DATED this 8th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge