```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

HEALTHPLEX ASSOCIATES, INC., A  )
Pennsylvania Corporation,       )
                                )
            Plaintiff,          )           4:06CV3284
                                )
      v.                        )
                                )
MADONNA REHABILITATION          )           ORDER
HOSPITAL, A Nebraska Nonprofit  )
Corporation,                    )
                                )
            Defendant.          )
                                )

IT IS ORDERED:

The defendant's unopposed motion to continue deadlines, filing 25, is granted, and the previous deadlines are extended as follows.

**Motions for Summary Judgment**: February 7, 2008

**Discovery Motions:** April 7, 2008

**Disclosure of Expert Witnesses:**
    -Plaintiff & Counter-claimant February 21, 2008
    -Defendant & Counter-defendant March 13, 2008
    -Additional Experts April 7, 2008

**Non-expert Witnesses:** April 7, 2008

**Trial Exhibits:** May 6, 2008

**Motions in Limine (Kumho & Daubert):** April 20, 2008

**Other Motions in Limine:** May 21, 2008

**Report on Mediation & Objections:** April 5, 2008

**Pretrial Conference:** May 12, 2008 at 10:00 a.m. before the undersigned magistrate judge.

**Jury trial:** June 16, 2008 at 9:00 a.m. for a duration of five days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week.  Jury selection will be held at commencement of trial.

DATED December 18, 2007.

           BY THE COURT:

           s/ *David L. Piester*
           David L. Piester
           United States Magistrate Judge