```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| HEALTHPLEX ASSOCIATES, INC., A Pennsylvania Corporation, | ) ) ) | |
| Plaintiff, | ) ) | 4:06CV3284 |
| v. | ) ) | |
| MADONNA REHABILITATION HOSPITAL, A Nebraska Nonprofit Corporation, | ) ) ) ) | ORDER |
| Defendant. | ) ) | |

   IT IS ORDERED:

   The parties' joint motion to continue deadlines, filing 27, is granted, and the previous deadlines are extended as follows.

   **Motions for Summary Judgment:** April 7, 2008

   **Discovery Motions:** June 6, 2008

   **Disclosure of Expert Witnesses:**
   –Plaintiff & Counter-claimant April 21, 2008
   –Defendant & Counter-defendant May 13, 2008
   –Additional Experts June 6, 2008

   **Non-expert Witnesses:** June 6, 2008

   **Trial Exhibits:** July 7, 2008

   **Motions in Limine (Kumho & Daubert):** June 20, 2008

   **Other Motions in Limine:** July 21, 2008

   **Report on Mediation & Objections:** June 5, 2008

   **Deposition Deadline:** June 30, 2008

   **Pretrial Conference:** July 14, 2008 at 10:00 a.m. before the undersigned magistrate judge.

   **Jury trial:** August 25, 2008 at 9:00 a.m. for a duration of five days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week.  Jury selection will be held at commencement of trial.

DATED February 14, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge