IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEALTHPLEX ASSOCIATES, INC., a Pennsylvania Corporation, | Case No. 4:06-CV-03284 |
| Plaintiff, | |
| v. | ORDER |
| MADONNA REHABILITATION HOSPITAL, a Nebraska Nonprofit Corporation, | |
| Defendant. | |

IT IS ORDERED:

The defendant's unopposed motion to continue the trial setting and related deadlines, filing 33, is granted, and the previous deadlines are extended as follows:

**Motions for Summary Judgment**: August 1, 2008

**Discovery Motions**: October 1, 2008

**Disclosure of Expert Witnesses**:

–Plaintiff & Counter-claimant: August 21, 2008
–Defendant & Counter-defendant: September 10, 2008
–Additional Experts: October 1, 2008

**Non-expert Witnesses**: October 1, 2008
**Trial Exhibits**: November 7, 2008

**Motions in Limine (Kumho & Daubert)**: October 15, 2008

**Other Motions in Limine**: November 20, 2008

**Report on Mediation & Objections**: October 10, 2008

**Deposition Deadline**: October 31, 2008

0829567.1

**Pretrial Conference**: November 20, 2008 at 10:00 a.m. ,before the undersigned magistrate judge.

**Jury trial**: December 15, 2008 at 9:00 a.m. for a duration of five days before the Honorable Richard G. Kopf in Courtroom1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial.

Dated this 19th day of June, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge