IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEALTHPLEX ASSOCIATES, INC., a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MADONNA REHABILITATION HOSPITAL, a Nebraska Nonprofit Corporation,<br><br>Defendant. | Case No. 4:06-CV-03284<br><br><br><br>**ORDER** |

This matter is before the Court on the defendant's unopposed motion for an extension of time to file evidentiary materials and a brief in opposition to plaintiff's motion for partial summary judgment to September 5, 2008 (Filing 38). The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED THAT the defendant's motion is granted and defendant shall have until September 5, 2008, to file evidentiary materials and a brief in opposition to plaintiff's motion for partial summary judgment.

Dated this 21st day of August, 2008.

BY THE COURT

s/ *Richard G. Kopf*
United States District Judge

0848901.1