IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HEALTHPLEX ASSOCIATES, Inc., </br> A Pennsylvania Corporation, </br> </br> Plaintiff, </br> </br> V. </br> </br> MADONNA REHABILIATION </br> HOSPITAL, A Nebraska Nonprofit </br> Corporation, </br> </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) | 4:06CV3284 </br> </br> </br> </br> </br> ORDER |

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims.  Accordingly,

IT IS ORDERED that:

(1) Within **thirty (30)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case is removed from the court's March 16, 2009 trial docket upon representation by the parties that the case has settled.

December 15, 2008.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge